**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Serah Cartee and Mark Estes, Defendants,

Of whom Serah Cartee is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000207

───────────────

Appeal From Anderson County
Jessica Ann Salvini, Family Court Judge

───────────────

Unpublished Opinion No. 2024-UP-300
Submitted August 28, 2024 – Filed August 29, 2024

───────────────

**AFFIRMED**

───────────────

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of Rock Hill, for Appellant.

Thomas Allen Brown, of South Carolina Department of Social Services, of Anderson; and Andrew Troy Potter, of Anderson, both for Respondent.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

_____

**PER CURIAM:** Serah Cartee appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cartee's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.